

## MANDATE

# The Fifteenth Court of Appeals

NO. 15-24-00122-CV

Energy Transfer LP (formerly known as Energy Transfer Operating, L.P.) and ETC Texas Pipeline, LTD., Appellants

v.

Culberson Midstream LLC; Culberson Midstream Equity, LLC; Moontower Resources Gathering, LLC; Moontower Resources Operating, LLC; and Moontower Resources WI, LLC, Appellees

Appealed from the Business Court Division 1B (Tr. Ct. No. 24-BC01B-0005). Opinion delivered Per Curiam.

**TO THE BUSINESS COURT DIVISION 1B, GREETINGS:**

Before our Court of Appeals on February 6, 2025, the cause upon appeal to revise or reverse your judgment was determined. Our Court of Appeals made its order in these words:

Today the court heard the parties' joint motion to dismiss this appeal. Having considered the motion, we order the appeal **DISMISSED**.

We further order that no assessment of costs is made.

We further order that mandate be issued immediately.

We further order this decision certified below for observance.

**WHEREFORE, WE COMMAND YOU** to observe the order of our said Court in this behalf and in all things have it duly recognized, obeyed, and executed.

**BY ORDER** of the Fifteenth Court of Appeals, with the Seal thereof annexed, at the City of Austin, Texas.

**CHRISTOPHER A. PRINE, CLERK**